BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
JAN 31 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>100 KENTUCKY ST., GRIDLEY, CA 95948 | CASE NO. 2:13-SW-0062 EFB<br><br>[PROPOSED] ORDER TO UNSEAL REDACTED VERSION OF SEARCH WARRANT AND REDACTED VERSION OF SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the redacted search warrant and redacted search warrant affidavit in this case is GRANTED. The redacted version of the search warrant and redacted version of the search warrant affidavit shall be unsealed. The original, unredacted versions of the search warrant and search warrant affidavit shall remain under seal.

IT IS SO ORDERED.

Dated: 1-31-13

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge